# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   CHARLOTTE LEE SAEZ                                             Case Number: 04-71328
         512 LAUREN LANE                      SSN-xxx-xx-8668
         ISLAND LAKE, IL  60042

                                                                Case filed on:      3/12/2004
                                                                Plan Confirmed on:  7/9/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $48,696.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY SCOTT A BENTLEY | 894.00 | 894.00 | 894.00 | 0.00 |
|  | Total Legal | 894.00 | 894.00 | 894.00 | 0.00 |
| 999 | CHARLOTTE LEE SAEZ | 0.00 | 0.00 | 66.47 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 66.47 | 0.00 |
| 001 | AMERIQUEST MORTGAGE COMPANY | 40,558.03 | 40,558.03 | 40,558.03 | 0.00 |
| 002 | AMERIQUEST MORTGAGE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | NEWBURY VILLAGE HOMEOWNERS ASSOC | 868.00 | 868.00 | 868.00 | 0.00 |
|  | Total Secured | 41,426.03 | 41,426.03 | 41,426.03 | 0.00 |
| 003 | NEWBURY VILLAGE HOMEOWNERS ASSOC | 1,798.44 | 1,798.44 | 1,798.44 | 0.00 |
| 004 | AT&T PHONE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | IPC OF ILLINOIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | NATIONWIDE RECOVERY SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | NEWBERG VILLAGE HOMEOWNERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ROUNDUP FUNDING LLC | 1,220.09 | 1,220.09 | 1,220.09 | 0.00 |
| 009 | SECURITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ST. JOSEPH HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | SWEDISH COVENANT HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CITIRESIDENTIAL LENDING INC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 3,018.53 | 3,018.53 | 3,018.53 | 0.00 |
|  | Grand Total: | 45,338.56 | 45,338.56 | 45,405.03 | 0.00 |

Total Paid Claimant:       $45,405.03
Trustee Allowance:         $3,290.97         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     100.00           discharging the trustee and the trustee's surety from any and all
                                             liablility on account of the within proceedings, and closing the estate,
                                             and for such other relief as is just.  Pursuant to FRBP, I hereby
                                             certify that the subject case has been fully administered.

Report Dated:

                                                    /s/ Lydia S. Meyer
                                                   Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 02/26/2009         By  /s/Heather M. Fagan